# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**REJOICE KAI LARYEA,**

    **Plaintiffs,**

vs.                                            Case No.: 2:17-cv-1052
                                                    **JUDGE GEORGE C. SMITH**
                                                    **Magistrate Judge Vascura**

**U.S. ATTORNEY GENERAL,**

    **Defendant.**

## ORDER

On November 5, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice for failure to timely effect service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (*See Report and Recommendation*, Doc. 14). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process.

The Clerk shall remove Document 14 from the Court's pending motions list and close this case.

**IT IS SO ORDERED.**

                                                            */s/ George C. Smith*
                                                            **GEORGE C. SMITH, JUDGE**
                                                            **UNITED STATES DISTRICT COURT**